**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAM WILLIAMS,

Plaintiff,                                                  Case No. 8:16-cv-01223-RAL-MAP

v.

OCWEN LOAN SERVICING, LLC,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

Respectfully submitted,

/s/ *Jon Dubbeld*_____
Jon P. Dubbeld, Esq.
Fla. Bar No. 105869
Berkowitz & Myer
4900 Central Ave
St. Petersburg, Florida 33707
Telephone: (727) 344-0123
Jon@berkmyer.com
*Attorneys for Plaintiff*